UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **HOUSTON SPECIALTY INSURANCE CO.** | **CIVIL ACTION NO. 20-1106** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **PRECISION BUILDERS, INC., ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendant Precision Builders, Inc.'s Motion to Dismiss [Doc. No. 11] is **DENIED**.

MONROE, LOUISIANA, this 8th day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE